**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| VOLCY HARDAWAY,<br><br>    Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA and<br>WARDEN DAVID EBBERT,<br><br>    Respondents. | CIVIL ACTION NO. 3:12-CV-2168<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW** this 4th day of February, 2013, after consideration of the Magistrate Judge's Report and Recommendation (Doc. 5), **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 5) is **ADOPTED.**

(2) The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Middle District of Florida for further disposition.

(3) The Clerk of Court is directed to **CLOSE** the case in this district.


/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge